TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-97-00482-CV

Richard (Van) Harvey, Appellant

v.

Mary Harvey, Appellee

FROM THE DISTRICT COURT OF TRAVIS COUNTY, 261ST JUDICIAL DISTRICT

NO. 96-07912, HONORABLE SUZANNE COVINGTON, JUDGE PRESIDING

PER CURIAM

 The parties have filed a joint agreed motion to dismiss the appeal. Tex. R. App. P. 59(a). 
We grant the motion.

 The appeal is dismissed.

Before Justices Powers, Jones and Kidd

Appeal Dismissed on Joint Motion

Filed: August 28, 1997

Do Not Publish